UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60980-CIV-SINGHAL/VALLE

HOTELS OF DEERFIELD, LLC, an Indiana
limited liability company, and MHG HOTELS,
LLC, an Indiana limited liability company,

    Plaintiffs,

v.

STUDIO 78, LLC, a Georgia limited liability
company, SHAILESH KALYAN, an individual,
PALMER ENGINEERING COMPANY, a Georgia
company, BAKULESH M. PATEL, P.E.,
an individual, PROMUS, INC.,
a Tennessee limited liability company,
DARIN FRICK, P.E., an individual,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants Studio 78, LLC and Shailesh Kalyan's ("Defendants") Motion for Final Summary Judgment on Count I and Count II of Plaintiff Hotels of Deerfield, LLC's Second Amended Complaint for Lack of Architectural Standard of Care Expert (the "Motion") (DE [101]). Defendants contend they are entitled to summary judgment in the event the Court strikes Plaintiff Hotels of Deerfield, LLC's ("Plaintiff") expert witness disclosure or excludes Plaintiff's proffered expert witness opinion under *Daubert* because Plaintiff would be unable to prove the industry standard of care element in its professional negligence claims. On August 10, 2022, the Court denied Defendants' I) Motion to Strike Plaintiff, Hotels of Deerfield, LLC's Expert Witness Disclosure; and II) *Daubert* Motion to Exclude Expert Opinion (DE [148]). Accordingly, the sole basis for Defendants' Motion becoming moot, it is hereby

**ORDERED AND ADJUDGED** that Defendants Studio 78, LLC and Shailesh Kalyan's Motion for Final Summary Judgment on Count I and Count II of Plaintiff Hotels of Deerfield, LLC's Second Amended Complaint for Lack of Architectural Standard of Care Expert (the "Motion") (DE [101]) is **DENIED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of August 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF